IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:11-CR-057-WKW |
| | ) | |
| WILLIAM PAUL | ) | |

## **ORDER**

On December 1, 2011, a jury found William Paul guilty of four counts of tax evasion and one count of failing to supply information or file a tax return. On June 7, 2012, Judge Mark Fuller sentenced Mr. Paul to serve fifty-three months in prison, followed by three years of supervised release. Mr. Paul immediately appealed his conviction to the Eleventh Circuit and moved for release pending appeal. Judge Fuller denied Mr. Paul's motion for release pending appeal on July 23, 2012, and the Circuit affirmed Mr. Paul's conviction on May 20, 2013.

Since the Eleventh Circuit's affirmance, Mr. Paul has filed a variety of motions attacking both his conviction and sentence. While several such motions have been addressed by court order, a number remain pending. On November 13, 2014, a Magistrate Judge filed a Recommendation (Doc. # 240), addressing two of these motions – Mr. Paul's Motion for New Trial Based on Newly Discovered Evidence (Doc. # 236) and Mr. Paul's Motion for New Trial Based on Conflict of Interest and Actual Innocence (Doc. # 238). The November 13, 2014 Order of the

Magistrate Judge recommended that these two motions be denied. On January 20, 2015, Mr. Paul filed objections to the Recommendation (Doc. # 256.)

The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made, *see* 28 U.S.C. § 636(b), and it is ORDERED as follows:

Accordingly, it is ORDERED as follows:

1.    Mr. Paul's objections (Doc. # 256) are OVERRULED.

2.    The Recommendation (Doc. # 240) is ADOPTED.

3.    Mr. Paul's motions for a new trial based on newly discovered evidence (Doc. # 236) and conflict of interest (Doc. # 238) are DISMISSED.

It is further ORDERED, that the following motions – all filed following the entrance of the November 13, 2014 Recommendation of the Magistrate Judge – are DENIED as untimely and lacking in merit: (1) Motion for Notice of Right to Object and Motion for Reconsideration (Doc. # 244); (2) Motion for Release Pending New Trial and Motion Questioning Ethical Standards of Judge Mark Fuller (Doc. # 246); (3) Motion to Add to Previous Motions or Motion for Reversal (Doc. # 252); and (4) Motion Objecting to Magistrate Judge Order (Doc. # 254) Denying Motion to Add Argument.

DONE this 27th day of January, 2015.

                                    /s/ W. Keith Watkins
                            CHIEF UNITED STATES DISTRICT JUDGE